DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN

*Maverick Process 516-693-1100*

UNITED NATIONAL SPECIALTY INSURANCE COMPANY,

- against -

1854 MONROE AVENUE H.D.F.C. AND EULALIA BALAGUER,

| | |
|---|---|
| Petitioner(s) | ATTORNEY SOKOLOFF    20034 |
| Plaintiff(s) | RETURN DATE |
| | INDEX NO    07 CV 10934 |
| | INDEX DATE    11/30/2007 |
| Defendant(s) | CALENDAR NO |
| Respondent(s) | 3rd PARTY INDEX# |
| | HON. JUDGE CASTEL |

STATE OF NEW YORK:  COUNTY OF NASSAU                    SS:              **AFFIDAVIT OF SERVICE**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION
AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **12/15/2007**    at    **11:05 AM**    at    **1854 MONROE AVENUE APT 2E, BRONX, NY 10457**

deponent served the within   SUMMONS IN A CIVIL ACTION & COMPLAINT

**upon**

1854 MONROE AVENUE H.G.F.C. C/O MONICA
ACEVEDO

☑ *Said Documents Were Properly Endorsed with the
Index Number and Date of Filing thereon*

witness/defendant/respondent (hereafter called the recipient) therein named.

**A. Individual**
☐

By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient therei

**B. Corp/ ☑
Prtnshp
☐**

By delivering to and leaving with    MONICA ACEVEDO    and that he knew the person
so served and authorized to accept service to ☐an officer ☐Director ☑managing agent or general agen ☐cashier ☐AsstCashier
☐Agent authorized by appointment or by law to receive service.

**C. Suitable
Age Person
☐**

By delivering thereat a true copy of each to    a person of suitable age and discretion.
Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state

**D. Affixing
to Door, Etc.
☐**

By affixing a true copy of each to the door of said premises, which is recipient's ☐actual place of business ☐dwelling place
☐usual place of abode within the state.   Deponent was unable, with due diligence to find recipient or a person of suitable age
discretion, thereat, having called there

@    ,    @    ,    @

Deponent talked to    who stated that recipient ☐ lived ☐ worked there.

**E. Mailing
W/B,C or
☐**

On    Deponent completed said service under the last two sections by mailing a copy of
the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which
is recipient's:☐ last known residence ☐ last known place of business   (with additional endorsement of Personal and Confidential
on face of envelope.)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F. DRL
Sec232
☐**

The required notice was legibly printed on the face of the summons. I identified the defendant by photograph annexed hereto
which was provided by the plaintiff.

**G.
Description
☑**

| SEX | SKIN COLOR | HAIR COLOR | AGE (approx.) | HEIGHT (approx.) | WEIGHT (approx.) |
|---|---|---|---|---|---|
| F | LT BROWN | BLACK | 35 | 5'0" | 140 |
| OTHER | | | | | |

**Sec.8001Fee
☐**

A fee of   $0.00  , pursuant to CPLR Section 8001, was tendered to the witness.

**Military
☐**

I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the
State of New York in any capacity whatever and received a negative repy. Defendant/Responent wore ordinary civilian
clothers and no military uniform. The source of my information and the grounds of my belief are the conversations and
observations above narrated. Upon Information and belief I aver that the defendant/respondent is not in the military service of
New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day  17 of

**DECEMBER            2007**

(NOTARY PUBLIC)

DONNA L. ODRISCOLL
NOTARY PUBLIC,  State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

DAVID A SMITH #0912050