# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*°□
COUNSEL

WRITER'S DIRECT DIAL:
(516) 741-7755

WRITER'S E-MAIL:
MMIRANDA@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060
WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHIEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2/5/08

## MEMO ENDORSED

February 4, 2008

Hon. Justice P. Kevin Castel
U.S. District Court, Southern District
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

[Handwritten endorsement: Initial conference adjourned from Feb 8 to March 14, 2008 at 10:15 a.m. SO ORDERED. USDJ 2-4-08]

Re:  *United National Specialty Insurance Company v. 1854 Monroe Avenue H.D.F.C. and Eulalia Balaguer*
     Docket No.: 07-CV-10934
     Our File:   07-544

Dear Judge Castel:

We represent the plaintiff in the above captioned declaratory judgment action. We write to request an adjournment of the initial pretrial conference in the above referenced matter, which is scheduled to take place on February 8, 2008 at 11:15 a.m. The reason for this request is that neither defendant has answered the complaint or otherwise appeared and we intend to move for a default against these defendants. There have not been any previous requests for adjournments or extensions in this case.

Thank you for your consideration.

Respectfully submitted,
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Michael A. Miranda (MAM-6413)