UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United National Specialty Insurance Co.

     Plaintiff,

  -against-

1854 Monroe Avenue, et ano.

     Defendant.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 10934 (PKC)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

 Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

 Particular Motion:_____
_____

 All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

            /s/ P. Kevin Castel
            P. Kevin Castel
            United States District Judge

DATED: New York, New York
    March 14, 2008