UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED NATIONAL SPECIALTY INSURANCE COMPANY,

                        Plaintiff,

-against-

1854 MONROE AVENUE H.D.F.C. and EULALIA BALAGUER,

                        Defendants.
------------------------------------------------------------------x

CIV: 07 CV 10934

**REPLY TO COUNTERCLAIM**

      Plaintiff, UNITED NATIONALSPECIALTY INSURANCE COMPANY ("United National"), by its attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, answering the defendant EULALIA BALAGUER'S ("Balaguer") Counterclaim, alleges, upon information and belief, as follows:

1. Denies the allegations contained in paragraph number "1" of the counterclaim.

2. Denies the allegations contained in paragraph number "2" of the counterclaim.

3. Denies the allegations contained in paragraph number "3" of the counterclaim.

4. Denies the allegations contained in paragraph number "4" of the counterclaim.

5. Denies the allegations contained in paragraph number "5" of the counterclaim.

6. Denies the allegations contained in paragraph number "6" of the counterclaim.

7. Denies the allegations contained in paragraph number "7" of the counterclaim.

8. Denies the allegations contained in paragraph number "8" of the counterclaim.

9. Denies the allegations contained in paragraph number "9" of the counterclaim.

10. Denies the allegations contained in paragraph number "10" of the counterclaim.

11. Denies the allegations contained in paragraph number "11" of the counterclaim.

12. Denies the allegations contained in paragraph number "12" of the counterclaim.

13. Denies the allegations contained in paragraph number "13" of the counterclaim.

14. Denies the allegations contained in paragraph number "14" of the counterclaim.

15. Denies the allegations contained in paragraph number "15" of the counterclaim.

16. Denies the allegations contained in paragraph number "16" of the counterclaim.

17. Denies the allegations contained in paragraph number "17" of the counterclaim.

18. Denies the allegations contained in paragraph number "18" of the counterclaim.

**WHEREFORE**, plaintiff, UNITED NATIONAL SPECIALTY INSURANCE COMPANY, demands judgment dismissing the defendants' Verified Counterclaim herein, together with the costs, disbursements and attorneys' fees for this action, and any other relief that this Court may deem appropriate.

Dated: Mineola, New York
March 17, 2008

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendant
**UNITED NATIONAL SPECIALTY INSURANCE COMPANY**

By: _____
Michael A. Miranda (MAM-6413)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-544

TO:
Michael C. Beatty
Feldman, Kronfeld & Beatty
Attorneys for the Defendant
EULALIA BALAGUER
42 Broadway, 19th Floor
New York, NY 10004
212-425-0230