UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED NATIONAL SPECIALTY INSURANCE
COMPANY,

Docket No.: 07-CV-10934
(PKC) (THK)

Plaintiff,

**NOTICE OF MOTION FOR
DEFAULT**

-against-

1854 MONROE AVENUE H.D.F.C. and EULALIA
BALAGUER,

Defendants.
-------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Adam I. Kleinberg,

dated March 10, 2008, and upon all prior pleadings and proceedings, the undersigned will move

this Court, before the Honorable P. Kevin Castel, on a date and time to be designated by the

Court, at the United States Courthouse for the Southern District of New York, located at 500

Pearl Street, New York, New York 10007, for an order granting plaintiff, UNITED NATIONAL

SPECIALTY INSURANCE COMPANY, a default judgment as against defendant 1854

MONROE AVENUE H.D.F.C., pursuant to Rule 55 of the Federal Rules of Civil Procedure,

declaring that UNITED NATIONAL SPECIALTY INSURANCE COMPANY is not obligated

to defend or indemnify defendant 1854 MONROE AVENUE H.D.F.C. in the action entitled

*Eulalia Balaguer v. 1854 Monroe Avenue Housing Development Fund Corporation*, Index

Number 15713/07, in the Supreme Court of the State of New York, Bronx County, on the

ground that defendant has failed to timely answer and/or otherwise move with respect to the

1

complaint in this action, and for such other and further relief as this Court deems just, equitable, and proper.

Dated: Mineola, New York
      March 17, 2008

                                  MIRANDA SOKOLOFF SAMBURSKY
                                  SLONE VERVENIOTIS LLP
                                  Attorneys for Plaintiff
                                  **UNITED NATIONAL SPECIALTY**
                                  **INSURANCE COMPANY**

                                By:_____
                                  Adam I. Kleinberg (AIK-0468)
                                  240 Mineola Boulevard
                                  The Esposito Building
                                  Mineola, New York 11501
                                  (516) 741-7676
                                  Our File No.: 07-544

TO:    1854 Monroe Avenue H.D.F.C.
        c/o Monica Acevedo
        Non-Appearing Defendant
        1854 Monroe Avenue
        Bronx, New York 10457

        Michael C. Beatty
        FELDMAN, KRONFELD & BEATTY
        Attorneys for the Defendant Eulalia Balaguer
        42 Broadway, 19th Floor
        New York, NY 10004
        212-425-0230

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NASSAU     )

       Leila Krim, being duly sworn, deposes and says that deponent is not a party to the action,

is over 18 years of age and resides in Long Beach, New York.

       That on March 19, 2008, deponent served the within **NOTICE OF MOTION FOR**

**DEFAULT AND DECLARATION IN SUPPORT** upon:

    1854 Monroe Avenue H.D.F.C.                  Michael C. Beatty
    c/o Monica Acevedo                          FELDMAN, KRONFELD & BEATTY
    Non-Appearing Defendant                Attorneys for the Defendant Eulalia Balaguer
    1854 Monroe Avenue                      42 Broadway, 19th Floor
    Bronx, New York 10457                  New York, NY 10004

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same

enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive

care and custody of the United States Post Office Department within the State of New York.

                                                        _____
                                                         Leila Krim

Sworn to before me this _____
day of March 2008.

_____
NOTARY PUBLIC

                               Melissa L. Holtzer
                        Notary Public, State of New York
                           No. 02HO6171185
                        Qualified in Nassau County
                      Commission Expires 7/23/2011