```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED NATIONAL SPECIALTY INSURANCE
COMPANY,

                            Plaintiff,

            -against-

1854 MONROE AVENUE H.D.F.C. and EULALIA
BALAGUER,

                        Defendants.
------------------------------------------------------------x

Docket No.: 07-CV-10934
(PKC)

**DEFAULT JUDGMENT**

This action having been commenced on November 30, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant 1854 Monroe Avenue H.D.F.C on December 15, 2007, and proof of service having been filed on January 30, 2008, the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: that the plaintiff, United National Specialty Insurance Company, is not obligated to defend or indemnify defendant 1854 Monroe Avenue H.D.F.C. in the action entitled *Eulalia Balaguer v. 1854 Monroe Avenue Housing Development Fund Corporation*, under Index Number 15713/07, in the Supreme Court of the State of New York, Bronx County.

Dated: New York, NY.
         _____, 2008

                                      _____
                                      U.S.D.J.

This document was entered on the docket on

_____.