# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY MURPHY
MARK R. OSHEROW*0□
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO-
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN°
KOREN HARRIS

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
"RESIDENT IN WESTCHESTER"

WRITER'S DIRECT DIAL:
(516)741-7755

WRITER'S E-MAIL:
MMIRANDA@MSSSV.COM

May 2, 2008

**Via Fax 212-805-7932**
Honorable Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

      Re:    United National Specialty Insurance Company v. 1854 Monroe Avenue H.D.F.C. et al
              Docket No.: 07 CV 10934 (PKC) (THK)
              Our File No.: 07-544

Dear Judge Katz:

      We represent United National Specialty Insurance Company ("United") with regard to the above referenced matter. We write to request an adjournment of the settlement conference scheduled for May 7, 2008 at 10:00 a.m.

      We request an adjournment because we intend to make a motion for summary judgment seeking a declaration from the Court that United is not obligated to defend and indemnify claimant Eulalia Balaguer under United's policy of insurance with 1854 Monroe Avenue H.D.F.C. ("Monroe"). Judge Castel recommended that we make this motion at the initial conference, assuming that we secured a default judgment against the insured, Monroe. United has now secured a default judgment against Monroe, and Balaguer is the only remaining defendant. As Balaguer can have no greater right under the policy than Monroe, Judge Castel suggested that we move against Balaguer. Therefore, we request an adjournment of this conference until after our motion for summary judgment has been filed and decided.

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Honorable Theodore H. Katz
MAY 2, 2008
PAGE 2 OF 2

    There have not been any previous request for an adjournment of this conference but Michael C. Beatty, counsel for the claimant Eulalia Balaguer does not consent to this adjournment.

    In the alternative, if the Court will not adjourn the conference until after our motion is filed and decided, we request that the Court indulge us in postponing this conference until any date after Wednesday May 7, 2008. I just received notice today, May 2, 2008 that I must attend a deposition on May 7, for a very ill deponent and will not be able to personally attend the conference on that date.

    Thank you for your attention in this matter.

Respectfully submitted,

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Michael A. Miranda

cc: Michael C. Beatty
    Feldman, Kronfeld & Beatty
    42 Broadway, 19th Floor
    New York, NY 10004

*[Handwritten note:]* The settlement conference is adjourned sine die. If there is no summary judgment motion or the motion is denied, the parties should call chambers to reschedule a conference.

So ordered
5/5/08
Theodore H. Katz
USMJ