# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY MURPHY
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S DIRECT DIAL:
(516) 741-8488

WRITER'S E-MAIL:
sverveniotis@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HILLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN*
KOREN HARRIS
PATRICK MALONEY

* ALSO ADMITTED IN NEW JERSEY
° ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
◊ RESIDENT IN WESTCHESTER

May 29, 2008

**Via Fax: 212-805-7949**
Hon. Justice P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

Re: *United National Specialty Insurance Company v. 1854 Monroe Avenue H.D.F.C. and Eulalia Balaguer*
Docket No.: 07-CV-10934
Our File:    07-544

Dear Judge Castel:

We represent United National Specialty Insurance Company in the above referenced matter. We write to request that the last day to conduct depositions given in the Case Management Plan be adjourned from May 30, 2008 without date, subject to the outcome of the pending motion.

We have filed a motion for summary judgment premised on the "legal arguments" of lack of standing and res judicata. If this motion is decided in our favor, there will be no need for us to go forward with any depositions. However, if the motion were to be denied and we need to proceed to trial on the matter, we would need to subpoena our insured, who has failed to appear in the instant action, in order to depose them and their employees as to facts relevant to this action. Therefore, we request that the Court stay depositions in this matter pending a resolution to our motion for summary judgment.

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

---

HON. JUSTICE P. KEVIN CASTEL
MAY 29, 2008
PAGE 2 OF 2

    Additionally, our paper discovery is being sent to Mr. Beatty today and he agrees that there is no need for depositions to go forward at this time, however, would like to reserve his right to conduct depositions at a later date, should they be necessary.

    As we do not know when the motion will be decided, we cannot offer a specific date to which the completion of depositions should be adjourned.

    We have made no previous requests to adjourn the date by which depositions should be completed.

    Respectfully submitted,
    MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LL

    Steven Verveniotis (SV 8800)

cc: **By Fax**
Michael C. Beatty
Feldman, Kronfeld & Beatty
42 Broadway, 19th Floor
New York, NY 10004

[Handwritten note from the court:] Conference remains scheduled for July 18 at 11 am; Discovery is stayed except for any issue relating to standing or lack of res judicata, which shall be completed by or upon July 17, 2008. SO ORDERED. /s/ P. Kevin Castel, USDJ 5-29-08