UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED NATIONAL SPECIALTY INSURANCE      Docket No: 07-CV-109334
COMPANY,                                         (PKC)

                            Plaintiff,           NOTICE OF APPEARANCE

        -against-

1854 MONROE AVENUE H.D.F.C. and
EULALIA BALAGUER,

                           Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the undersigned does appear on behalf of the defendant,

EULALIA BALAGUER.

Dated: New York, New York
      June 10, 2008

                              Yours, etc.,

                              FELDMAN, KRONFELD & BEATTY

                              By:
                                MICHAEL C. BEATTY
                              Attorneys for Plaintiff
                              42 Broadway, 19th Floor
                              New York, New York 10004
                              (212)425-0230

TO:
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorneys for the plaintiff, UNITED NATIONAL
240 Mineola Boulevard
Mineola, New York 11501
516-741-7676
McDERMOTT & McDERMOTT

286 Madison Avenue, 14th Floor
New York, New York  10017
212-557-3000