| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>_____X<br>UNITED NATIONAL SPECIALTY<br>INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>     -against-<br><br>1854 MONROE AVENUE H.D.F.C. and<br>EULALIA BALAGUER,<br><br>                              Defendants.<br>_____X | Docket No.: 07 Civ 10934<br>(PKC) (THK)<br><br><br><br><br>**NOTICE OF**<br>**APPEARANCE** |

SIRS:

**PLEASE TAKE NOTICE** that Defendant herein, 1854 MONROE AVENUE H.D.F.C., hereby appears in this action and that the undersigned has been retained as attorney for said Defendant and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated:     June 10, 2008
           New York, NY

                                                            MCDERMOTT & MCDERMOTT
                                                            By:_____
                                                            Michael J. McDermott, Esq.
                                                            (MM-0074)
                                                            Attorneys for Defendant
                                                            1854 MONROE AVENUE H.D.F.C.
                                                            293 Route 100, Suite 210
                                                            Somers, New York 10589
                                                            914-276-2747

To:
Steven Verveniotis, Esq.
Miranda, Sokoloff, Sambursky, Slone, Verveniotis, LLP
Attorneys for United National Specialty Insurance Company
240 Mineola Blvd
Mineola, New York 11501

Michael Beatty, Esq.
Feldman, Kronfeld & Beatty
Attorneys for Eulalia Balaguer
42 Broadway, 19th Floor
New York, New York 10004