# McDERMOTT & McDERMOTT
Attorneys and Counselors at Law

| | |
|---|---|
| 286 Madison Avenue<br>14th Floor<br>New York, New York 10017<br><br>Tel: 212-557-3000<br>Fax: 212-557-5051 | Mill Pond Offices<br>293 Route 100<br>Suite 210<br>Somers, New York 10589<br><br>Tel: 914-276-2747<br>Fax: 914-276-7608 |

**MEMO ENDORSED**

Please respond to Somers address

June 6, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08
```

District Judge P. Kevin Castel
United Stated Courthouse
500 Pearl Street
New York, New York 10007

Re:  United National Specialty Insurance Company v. 1854 Monroe Avenue HDFC and Eulalia Balaguer
Docket No.: 07- Civ. 10934 (PKC)(THK)

Dear Judge Castel:

This will serve to advise the Court that today this firm was retained by 1854 Monroe Avenue HDFC in the above referenced action. I understand that there is currently a motion for summary judgment pending before this Court. We are requesting that the proceedings be stayed for thirty (30) days so that we can review the file and submit the appropriate papers for the Court's consideration. Thank you for the Court's attention to this matter.

Respectfully,

Michael J. McDermott

MJM:az
Cc:

Steven Verveniotis, Esq.
Miranda, Sokoloff, Sambursky, Slone, Verveniotis, LLP
Attorneys for United National Specialty Insurance Company
240 Mineola Blvd
Mineola, New York 11501

*[Handwritten endorsement:]* As a review of the docket would indicate, there is no motion pending. Argument on 1854 Monroe Avenue HDFC entered on or about April 9, 2008. Judgment was entered (Docket Entry #16). Application so ORDERED, denied.

/s/ PKC USDJ
6-9-08

Michael Beatty, Esq.
Feldman, Kronfeld & Beatty
Attorneys for Eulalia Balaguer
42 Broadway, 19th Floor
New York, New York 10004

Ms. Martha Gutierrez, President
1854 Monroe Avenue HDFC
850 Bronx River Road
Yonkers, New York 10708