UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED NATIONAL SPECIALTY INSURANCE             Docket No: 07-CV-109334
COMPANY,                                                                    (PKC)

                              Plaintiff,            NOTICE OF APPEARANCE

      -against-

1854 MONROE AVENUE H.D.F.C. and
EULALIA BALAGUER,

                              Defendants.
----------------------------------------------------------------X


      PLEASE TAKE NOTICE, that the undersigned does appear on behalf of the defendant,

EULALIA BALAGUER.


Dated:  New York, New York
         June 10, 2008

                                                        Yours, etc.,

                                                        FELDMAN, KRONFELD & BEATTY

                                                        By:/s/
                                                           MICHAEL C. BEATTY
                                                       Attorneys for Plaintiff
                                                       42 Broadway, 19th Floor
                                                       New York, New York 10004
                                                       (212)425-0230



TO:
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorneys for the plaintiff, UNITED NATIONAL
240 Mineola Boulevard
Mineola, New York 11501
516-741-7676
McDERMOTT & McDERMOTT


1

286 Madison Avenue, 14th Floor
New York, New York  10017
212-557-3000