UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED NATIONAL SPECIALTY INSURANCE
COMPANY,

                                              Docket No.: 07-CV-10934
                   Plaintiff,                       (PKC)

        -against-

1854 MONROE AVENUE H.D.F.C. and
EULALIA BALAGUER,

                  Defendants.
-------------------------------------------------------------x

       TABLE OF CONTENTS

       TABLE OF AUTHORITIES

       REPLY AFFIRMATION AND AFFIRMATION IN SUPPORT OF CO-DEFENDANT'S
       MOTION TO VACATE THE DEFAULT JUDGMENT

                                                    FELDMAN, KRONFELD & BEATTY
                                                    Attorneys for defendant, EULALIA BALAGUER
                                                    42 Broadway, 19th Floor
                                                    New York, New York 10004
                                                    (212)425-0230

Of Counsel:
       Michael C. Beatty, Esq.

\

TABLE OF CONTENTS

BALAGUER'S STANDING…………..………………………………………………..1

VACATING THE DEFAULT…………………………………………………………..1

THE PLAINTIFF'S DISCLAIMER WAS UNTIMELY….……………………………….3

NOTICE BY THE INSURED…………………………..…………………………….6

CONCLUSION……………………………………..…………………………...7

..

TABLE OF AUTHORITIES

*2540 Associates, Inc. v. Assicurazioni Gernerali*
    271 AD2d 282, 707 NYS2d 59 (1st Dept. 2000)……………………..…………..3

*Aetna Casualty & Surety Company v. Pennsylvania Manufacturers*
*Association Insurance Company*
    57 AD2d 982, 394 NYS2d 330 (3rd Dept. 1977)…………………..……………6

*Aetna Casualty and Surety Company v. Brice*
    72 AD2d 927, 422 NYS2d 203 (4th Dept. 1979)………………….……………5

*Cillo v. Resjefal Corp.*
    13 AD3d 292, 787 NYS2d 269 (1st Dept. 2004)………………………..……..2

*Estate of Murdoch v. Pennsylvania*
    432 F.2d 867, 870 (3d Cir. Pa. 1970)…………………….………................1

*Farmbrew Realty Corp. v. Tower Insurance Company of New York*
    289 AD2d 284, 734 NYS2d 592 (2d Dept. 2001)…………...…………………5

*Fleet Bank v. Powerhouse Trading Corp.*
    267 AD2d 276, 700 NYS2d 53 (2nd Dept. 1999)………………….………….2

*Glusband . Fittin Cunningham Lauzon Inc.*
    1987 WL 8343 (SDNY 1987)……………………………………………………...5

*Hartford Insurance Company v. County of Nassau*
    46 N.Y.2d 1028, 416 N.Y.S.2d 539 (1979)……………………………..……..…3,5

*Horn v. Intelectron Corp.*
    294 F. Supp. 1153, 1155 (S.D.N.Y. 1968)………………………….................1

*In re Prudential Property & Casualty Insurance Company*
    213 AD2d 408, 623 NYS2d 336 (2nd Dept 1995)…………………..……….…..6

*Liberty Mutual Insurance Company v. Dombroski*
    235 AD2d 606, 651 NYS2d 711 (3rd Dept. 1997)………………………………6

*Matter of Allcity Insurance Company v. Jimenez*
    78 N.Y.2d 1054, 576 N.Y.S.2d 87 (1991)……………………………………...3

*Mount Vernon Fire Insurance Company v. Harris*
    193 F. Supp.2d 674 (EDNY 2002)……………………………………………4

*Rzeznik v. East Coast Insurance Company*
       39 AD2d 722, 331 NYA2d 803 (2nd Dept 1972)……………………………..………6

*Sirignano v. Chicago Insurance Company*
       192 F. Supp2d 199 (SDNY 2002)…………………………………………….……….5

*Sirius America Insurance Company v. Vigo Construction Corp., et al.*
       48 AD3rd 450, 852 NYS2d 176 (2nd Dept. 2008)……………………………..……..2

*Travelers Insurance Company v. Volmar Construction Co.*
       2002 WL 31723191 ……………………………………………………….………….5

*U.S. Underwriters Insurance Company v. Congregation B'nai Israel*
       900 F. Supp 641 (EDNY 1995)…………………………………………………….…5

*Wilczak v. Ruda & Capozzi, Inc.*
       203 AD2d 944, 611 NYS2d 73 (4th Dept. 1994)………………………………….…...6

*Woodson v. Mendon Leasing Corp.*
       100 NY2d 62, 760 NYS2d 727 (2003)………………………..……………….3

Statutes

Federal Rule of Civil Procedure, section 56……………………………………………..……..7

Federal Rule of Civil Procedure, section 60(a)…………………………………………..……..3

New York Insurance Law §3420……………………………………………………...……1

New York CPLR § 5015(a)……………………………………………………………….…1

New York CPLR § 2005……………………………………………………………………..2