# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* <br> BRIAN S. SOKOLOFF <br> STEVEN VERVENIOTIS <br> ONDINE SLONE <br> NEIL L. SAMBURSKY* <br> RICHARD S. SKLARIN° <br> STEVEN C. STERN <br> ADAM I. KLEINBERG <br> — <br> TIMOTHY J. MURPHY <br> MARK R. OSHEROW*◊□ <br> COUNSEL <br> WRITER'S E-MAIL: <br> AKLEINBERG@MSSSV.COM | THE ESPOSITO BUILDING <br> 240 MINEOLA BOULEVARD <br> MINEOLA, NY 11501 <br> TEL  (516) 741-7676 <br> FAX  (516) 741-9060 <br> WWW.MSSSV.COM <br><br> BRANCH OFFICES: <br> WESTCHESTER, NY <br> NEW YORK, NY <br> FANWOOD, NJ | JENNIFER E. SHERVEN <br> GABRIELLA CAMPIGLIA <br> TODD HELLMAN <br> CHARLES A. MARTIN <br> KIERA J. MEEHAN <br> DAMIAN F. FISCHER <br> MARIA THOMAS <br> NANCY R. SCHEMBRI°° <br> MICHAEL V. LONGO <br> MELISSA HOLTZER <br> MICHAEL P. SIRAVO <br> ARIEL S. ZITRIN <br> PATRICK J. MALONEY <br><br> * ALSO ADMITTED IN NEW JERSEY <br> ◊ ALSO ADMITTED IN CONNECTICUT <br> □ ALSO ADMITTED IN FLORIDA <br> ° RESIDENT IN WESTCHESTER |

ENDORSED

July 8, 2008

**VIA FAX (212) 805-7949**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

        Re: *United National Specialty Insurance Company v. 1854 Monroe Avenue H.D.F.C. and Eulalia Balaguer*
            Docket No.: 07-CV-10934 (PKC)(THK)
           Our File:    07-544

Dear Judge Castel:

      We represent plaintiff United National Specialty Insurance Company ("United National") with regard to the above-referenced matter.

      As the Court's file will reflect, on April 8, 2008, the Court granted United National's motion for a default judgment against defendant 1854 Monroe Avenue H.D.F.C. ("1854 Monroe").

      On July 3, 2008, we received 1854 Monroe's motion to vacate the default judgment. As the Court has not issued a schedule as to the service of opposition and reply papers, we write to propose the following briefing schedule:

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

HON. P. KEVIN CASTEL
JULY 8, 2008
PAGE 2 OF 2

- United National's opposition papers to be served by August 6, 2008 ) OK

- 1854 Monroe's reply papers to be served by September 4, 2008

We have conferred with counsel for 1854 Monroe and he approves of this proposed briefing schedule.

We wish to point out to the Court that Steven Verveniotis, the primary attorney handling this matter on behalf of United National, is presently out of the country and will not be back until the end of July. In addition, counsel for 1854 Monroe will be on vacation in the beginning of August.

In addition, we also write upon consent of all parties to request the adjournment of the upcoming July 18, 2008 status conference until such time as the Court renders a decision on the motion to vacate. However, if the Court wishes to proceed with the conference prior to rendering a decision, we respectfully request that the conference be rescheduled for either August 26 or 27, 2008. In this regard, August 26 and 27 are the only two dates between now and September that all three attorneys in this matter are available to personally attend the conference.

Thank you for your consideration of this matter.

Respectfully submitted,

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP

Adam I. Kleinberg

cc   Michael J. McDermott, Esq. (via fax) (914) 276-7608
     McDermott & McDermott
     239 Route 100 – Suite 210
     Somers, NY 10568

     Michael C. Beatty, Esq. (via fax) (212) 809-6174
     Feldman, Kronfeld & Beatty
     42 Broadway, 19th Floor
     New York, NY 10004

*[Handwritten notation: July 18 conference adjourned to September 12, 2008 at 2:30 pm. Briefing schedule is approved. SO ORDERED. PKC 7/11/08]*

TOTAL P.003