# McDERMOTT & McDERMOTT
### Attorneys and Counselors at Law

286 Madison Avenue
14th Floor
New York, New York 10017

Tel: 212-557-3000
Fax: 212-557-5051

Mill Pond Offices
293 Route 100
Suite 210
Somers, New York 10589

Tel: 914-276-2747
Fax: 914-276-7608

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

**MEMO ENDORSED**

Please respond to Somers address

August 28, 2008

District Judge P. Kevin Castel
United Stated Courthouse
500 Pearl Street
New York, New York 10007

Re:  United National Specialty Insurance Company v. 1854 Monroe Avenue HDFC and Eulalia Balaguer
Docket No.: 07- Civ. 10934 (PKC)(THK)

Dear Judge Castel:

This firm represents 1854 Monroe Avenue HDFC ("Monroe") in the above action. Counsel for United National Specialty Insurance Company has consented to adjourning the date for 1854 Monroe Avenue HDFC to file its reply to the motion to vacate the default judgment from September 4, 2008 to September 12, 2008. We are requesting that the Court endorse the adjournment.

Respectfully,

Michael J. McDermott

*Application granted. SO ORDERED. [signed] USDJ 8-28-08*

MJM:az
Cc:
Steven Verveniotis, Esq.
Miranda, Sokoloff, Sambursky, Slone, Verveniotis, LLP
Attorneys for United National Specialty Insurance Company
240 Mineola Blvd
Mineola, New York 11501

Michael Beatty, Esq.
Feldman, Kronfeld & Beatty
Attorneys for Eulalia Balaguer
42 Broadway, 19th Floor
New York, New York 10004