# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060
WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

GABRIELLA CAMPIGLIA
TODD HELLMAN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI°
MICHAEL N. LONGO*
ISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
JONATHAN B. ISAACSON*
ANNE K. ZANGOS
KELLY C. HOBEL*
NIR M. GADON
STEPHEN J. ROMANO*

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
"RESIDENT IN WESTCHESTER

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9/9/08]

WRITER'S DIRECT DIAL:
(516) 741-8488

WRITER'S E-MAIL:
SVERVENIOTIS@MSSSV.COM

## MEMO ENDORSED

September 8, 2008

**Via Fax (212) 805-7949**
Hon. Justice P. Kevin Castel
U.S. District Court, Southern District
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

[Handwritten endorsement: Argument adjourned from September 12 to September 19 at 2pm. SO ORDERED. /s/ PKC USDJ 9-8-08]

Re:   United National Specialty Insurance Company v. 1854 Monroe
      Avenue H.D.F.C. and Eulalia Balaguer
      Docket No.: 07-CV-10934
      Our File:   07-544

Dear Judge Castel:

We represent United National in the above referenced matter and write on consent of all parties to request that the oral argument scheduled for September 12, 2008 at 2:30pm be adjourned for one week until September 19, 2008.

There are currently three motions pending before the Court. One is our motion for summary judgment against Eulalia Balaguer, which is fully submitted. The second is Balaguer's cross motion for summary judgment which is also fully submitted. The third motion is 1854's motion to vacate a default judgment. The latter motion is not fully submitted; in fact, the Court granted 1854's application to extend its time to submit reply until September 12, 2008; that means that we will not have the reply until September 12 at the earliest. In order to have a chance to review the reply in advance, we ask for the argument date to be adjourned. This is the first requests to adjourn the date for oral argument.

Respectfully submitted,
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Steven Verveniotis